**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Lee WILLIAMS, Jr.,**
**Defendant–Appellant.**

No. 01–7233.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 9, 2001.

John Lee Williams, Jr., pro se.

Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG, WILLIAMS and KING, Circuit Judges.

PER CURIAM.

John Lee Williams, Jr., appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Williams,* Nos. CR–97–182; CA–00–654–3 (W.D.N.C. June 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*